IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>                          Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC.;<br><br>                          Defendant. | Case No. 1:23-cv-670 |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Monarch Networking Solutions LLC is 100% owned by Acacia Research Group LLC which is, in turn, 100% owned by a publicly traded company named Acacia Research Corporation ("ARC") (NASDQ: ACTG). No public entity owns more than 10% of ARC's stock.

Dated: May 23, 2023

Respectfully submitted,

*/s/ Walter D. Kelley, Jr*
Walter D. Kelley, Jr. (VSB No. 21622)
wkelley@hausfeld.com
Tara R. Zurawski (VSB No. 73602)
tzurawski@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Tel: 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
Fax: 202-540-7200

Michael F. Heim (*pro hac* pending)
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel (*pro hac* pending)
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris (*pro hac* pending)
Texas Bar No. 24083138
aharris@hpcllp.com

Eric J. Enger (*pro hac* pending)
Texas Bar No. 24045833
eenger@hpcllp.com
William B. Collier, Jr. (*pro hac* pending)
Texas Bar No. 24097519
wcollier@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby St. Ste. 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Max L. Tribble Jr. (*pro hac* pending)
Texas Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein (*pro hac* pending)
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Steven M. Shepard (*pro hac* pending)
New York Bar No. 5291232
sshepard@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Steven M. Seigel (*pro hac* pending)
Washington State Bar No. 53960
sseigel@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

**ATTORNEYS FOR MONARCH NETWORKING SOLUTIONS LLC**