**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00670-TSE-LRV |

**MOTION TO TRANSFER VENUE TO THE
<u>NORTHERN DISTRICT OF CALIFORNIA</u>**

Pursuant to 28 U.S.C. § 1404(a), Defendant Juniper Networks, Inc. ("Juniper"), by counsel, hereby moves the Court for an order transferring this action to the United States District Court for the Northern District of California because it is clearly the more convenient forum for this lawsuit and jurisdiction and venue would be proper in the Northern District of California. Pursuant to E.D. Va. Loc. Civ. R. 7, the grounds for this motion are set forth more fully in Juniper's Memorandum in Support of Motion to Transfer, which is being filed contemporaneously herewith. A proposed order is attached.

Dated:  June 29, 2023

/s/ *Jared W. Newton*
Jared W. Newton
VA State Bar No. 80746
jarednewton@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
Telephone: (202) 538-8000
Fascimile: (202) 538-8100

Todd M. Briggs  (*pro hac vice*)
toddbriggs@quinnemanuel.com
Margaret Shyr (*pro hac vice*)
margaretshyr@quinnemanuel.com
Joseph E. Reed (*pro hac vice*)
joereed@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fascimile: (650) 801-5100

Rachael McCracken (*pro hac vice*)
rachaelmccracken@quinnemanuel.com
Nima Hefazi (*pro hac vice*)
nimahefazi@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fascimile: (213) 443-3100

*Counsel for Defendant*