UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MONARCH NETWORKING SOLUTIONS LLC,

        Plaintiff,

v.

JUNIPER NETWORKS, INC.,

        Defendant.

Case No. 1:23-cv-00670-TSE-LRV

**DECLARATION OF MARC BOOTH IN SUPPORT OF
MONARCH'S OPPOSITION TO JUNIPER'S MOTION TO TRANSFER VENUE**

I, Marc Booth, declare and state as follows:

1. I am employed by Acacia Research Group LLP ("Acacia") as President and Chief Executive Officer and a Director. I also serve as the Chief Executive Officer and a Director of Monarch Networking, LLP ("Monarch"), which is 100% owned by Acacia. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to such facts under oath.

2. Acacia and Monarch are both headquartered in Irvine, California.

3. Monarch has three directors and officers: Craig Yudell is Monarch's Director and President and resides in Austin, Texas. Michael Kim is Monarch's Director and Vice President and resides in Los Alamitos, California. I am Monarch's Director and CEO and reside in San Clemente, California.

4. In the ordinary course of business, Acacia stores and maintains its documents at its headquarters in Irvine. However, during the course of the proceedings in *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, 2:20-cv-15 (E.D. Tex.), which involved three of the same

patents asserted in this case (*i.e.*, the '844 patent, the '845 Patent, and the '775 Patent), Acacia collected all potentially relevant documents for production and provided them to Consilio, an e-Discovery and litigation support vendor. Consilio continues to store and maintain those documents.

5. The set of potentially relevant documents in the *Monarch v. Cisco* case will likely be identical or nearly identical to the set of potentially relevant documents in this case.

6. Acacia and its officers and employees are willing to testify in this case, *Monarch Networking Solutions LLC v. Juniper Networks, Inc.*, No. 1:23-cv-00670-TSE-LRV (E.D. Va.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 7, 2023

_____
Marc Booth