**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MONARCH NETWORKING SOLUTIONS
LLC,

                Plaintiff,

     v.

JUNIPER NETWORKS, INC.,

                Defendant.

Case No. 1:23-cv-00670-TSE-LRV

**DECLARATION OF STEVEN M. SEIGEL IN SUPPORT OF**
**MONARCH'S OPPOSITION TO JUNIPER'S MOTION TO TRANSFER VENUE**

I, Steven M. Seigel, declare and state as follows:

1.     I am an associate at Susman Godfrey LLP, counsel for Plaintiff Monarch Networking Solutions, LLC ("Monarch"). I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to such facts under oath.

2.     Monarch's principal place of business is located at 4 Park Plaza, Suite 550, Irvine, CA 92614. Monarch's headquarters are approximately 40 to 45 miles south of downtown Los Angeles, and approximately 42 to 48 miles south of the Los Angeles International Airport (LAX). Driving from Monarch's headquarters to downtown Los Angeles takes between 45 minutes to 1 hour and 20 minutes depending on the route and traffic. Driving from Monarch's headquarters to LAX takes between 50 minutes to 1 hour and 30 minutes depending on the route and traffic. These distances and times have been calculated using Google Maps.

3.     Juniper's website includes a "Partner Locator" tool that permits its web users to search for Juniper Partners by location. *See* https://juniper.my.site.com/prm/s/partnerlocator.

1

Juniper's Partner Locator tool returns the following Juniper Partners using the search parameter "Virginia," all of which are located in the Eastern District of Virginia:

| (1) | EPlus Technology, Inc. – Herndon, Virginia, 20171-3413 |
|---|---|
| (2) | Beach IT LLC – Virginia Beach, Virginia, 23462-3262 |
| (3) | Advanced Computer Concepts, Inc. – Mclean, Virginia, 22102-3317 |
| (4) | Silver Line Tech LLC – Leesburg, Virginia, 20176-3001 |
| (5) | Thundercat Technology LLC – Dulles, Virginia, 20166–6734 |
| (6) | Government Acquisitions, Inc. – Potomac Falls, Virginia, 20165–2496 |
| (7) | Wiring The Future Networks LLC – Tysons Corner, Virginia, 22182–7525 |
| (8) | Ashburn Consultng LLC – Leesburg, Virginia, 20176–6842 |
| (9) | ID Technologies LLC – Ashburn, Virginia, 20147–4183 |
| (10) | Affigent LLC LLC – Herndon, Virginia, 20171 |
| (11) | SNR Systems Llc – Ashburn, Virginia, 20147–5949 |
| (12) | SMS Data Products Group Inc. – Mclean, Virginia, 22102–3209 |
| (13) | CACI, Inc. – Chantilly, Virginia, 20151–2218 |
| (14) | Technica Corporation – Dulles, Virginia, 20166–6714 |
| (15) | Guidepoint Security, LLC – Herndon, Virginia, 20171–3017 |
| (16) | Richweb, Inc. – Ashland, Virginia, 23005–8912 |
| (17) | Northrop Grumman – Mclean, Virginia, 22102–7508 |
| (18) | Sun Management, Inc. – Arlington, Virginia, 22201–2526 |

4.     Juniper's "Partner Locator" tool also returns only twenty-one Juniper Partners using the search parameter "California," only seven of which are located in the Northern District of California:

| (1) | Intervision Systems, LLC – San Jose, California, 95128–0000 |
|---|---|
| (2) | EOS IT Management Solutions, Inc. – Santa Clara, California, 95054–1140 |
| (3) | Rahi Systems, Inc. – Fremont, California, 94538–0000 |
| (4) | Stepford, Inc. – San Carlos, California, 94070–4128 |
| (5) | Sycomp – Foster City, California, 94404–4257 |
| (6) | Amaara Networks, Inc. – Danville, California, 94506–1940 |
| (7) | AMS.Net, Inc. – Livermore, California, 94551–7812 |

5.     Juniper maintains on its website "Customer Success Stories," or case studies, which Juniper uses to advertise how "[o]ur customers elevate the network experience" using Juniper Technologies. *See* https://www.juniper.net/us/en/customers.html. Juniper includes at least eight

case studies that are specific to Virginia or companies based or headquartered in Virginia, as reflected in the table below:

| Company | Location | Link |
|---------|----------|------|
| Central Virginia Electric Cooperative | Colleen, VA | https://www.juniper.net/us/en/customers/central-virgina-electric-cooperative-case-study.html |
| DNS Made Easy | Reston, VA | https://www.juniper.net/us/en/customers/dns-made-easy-case-study.html |
| City of Portsmouth | Portsmouth, VA | https://www.juniper.net/us/en/customers/city-of-portsmouth-case-study.html |
| College of William and Mary | Williamsburg, VA | https://www.juniper.net/us/en/customers/college-william-mary-case-study.html |
| Sentara Healthcare | Norfolk, VA | https://www.juniper.net/us/en/customers/sentara-healthcare-case-study.html |
| Ting Internet | Charlottesville, VA | https://www.juniper.net/us/en/customers/ting-success-story.html |
| ThunderCat Technology | Reston, VA | https://www.juniper.net/us/en/customers/thundercat-technology-case-study.html |
| Roanoke Catholic Schools | Roanoke, VA | https://www.juniper.net/us/en/customers/roanoke-catholic-school-case-study.html |

6.     Juniper's "Customer Success Stories" webpage also advertises case studies with large scale data-center operators Akamai, Rackspace, PacketFabric, Iron Mountain, and Equinix, all of whom operate data centers in the Eastern District of Virginia, as reflected in the table below:

| Company | Link to (i) Juniper Case Study; (ii) Customer Location in the Eastern District of Virginia |
|---------|-------------------------------------------------------------------------------------------|
| Akamai Technologies, Inc. | https://www.juniper.net/us/en/customers/akamai-technologies-case-study.html<br><br>https://www.akamai.com/company/locations |
| Rackspace Technology, Inc. | https://www.juniper.net/us/en/customers/rackspace-case-study.html<br><br>https://www.rackspace.com/about/data-centers/ashburn |
| Packetfabric, Inc. | https://www.juniper.net/us/en/customers/packetfabric-case-study.html<br><br>https://packetfabric.com/locations |
| Iron Mountain, Inc. | https://www.juniper.net/us/en/customers/iron-mountain-case-study.html |

| | https://www.ironmountain.com/resources/data-sheets-and-brochures/d/data-centers-northern-virginia-va-1 |
| | https://www.ironmountain.com/resources/data-sheets-and-brochures/d/data-centers-northern-virginia-va-2 |
| Equinix, Inc. | https://www.juniper.net/us/en/customers/equinix-case-study.html |
| | https://www.equinix.com/data-centers/americas-colocation/united-states-colocation/washington-dc-data-centers |

7.    Two of Monarch's officers and directors, Michael Kim (Director and Vice President), and Marc Booth (Director and CEO), reside in Southern California. Mr. Kim resides in Los Alamitos, California. Mr. Booth resides in San Clemente California. *See* Booth Decl. ¶3.

      a. One-way travel from Los Alamitos, CA to the Northern District of California requires: (i) a drive of between 35 mimnutes to 55 minutes (from Los Alamitos to Los Angeles International Airport ("LAX")); and (ii) a nonstop flight of between one hour and 15 minutes to one hour and 30 minutes (from LAX to either San Jose Aiport ("SJC") or San Francisco International Airport ("SFO"). These distances and times were calculated using Google Maps and Google Flights.

      b. One-way travel from Los Alamitos, CA to the Eastern District of Virginia requires: (i) a drive of between 35 mimnutes to 55 minutes (from Los Alamitos to Los Angeles International Airport ("LAX")); and (ii) a nonstop flight of between four hours and 50 minutes to five hours and 10 minutes (from LAX to Dulles International Airport ("IAD"). These distances and times were calculated using Google Maps and Google Flights.

      c. One-way travel from San Clemente, CA to the Northern District of California requires: (i) a drive of between 1 hour and 15 minutes to 2 hours (from San Clemente to Los Angeles International Airport ("LAX")); and (ii) a nonstop

flight of between one hour and 15 minutes to one hour and 30 minutes (from LAX to either San Jose Aiport ("SJC") or San Francisco International Airport ("SFO"). These distances and times were calculated using Google Maps and Google Flights.

d.  One-way travel from San Clemente, CA to the Eastern District of Virginia requires: (i) a drive of between 1 hour and 15 minutes to 2 hours (from San Clemente to Los Angeles International Airport ("LAX")); and (ii) a nonstop flight of between four hours and 50 minutes to five hours and 10 minutes (from LAX to Dulles International Airport ("IAD"). These distances and times were calculated using Google Maps and Google Flights.

8.  One of Monarch's officers, Craig Yudell (Director and President) resides in Austin, Texas.

a.  One-way travel from Austin to the Northern District of California requires a nonstop flight of approximately three hours and 45 minutes (from Austin-Bergstrom International Airport ("AUS") to either SJC or SFO). These flight times were calculated using Google Flights.

b.  One-way travel from Austin to the Eastern District of Virginia requires a nonstop flight of approximately three hours and 15 minutes (from AUS to IAD). These flight times were calculated using Google Flights.

9.  Monarch through its counsel has collected all potentially relevant documents as part of Monarch's prior litigation against Cisco Systems in, *e.g.*, *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-015-JRG (E.D. Tex.), and *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 6:20-cv-381-ADA (W.D. Tex.). The documents are stored with

Monarch's discovery vendor, Consilio. Armando Hernandzez, Consilio's Senior Project Manager, has submitted a declaration stating that Monarch's documents are stored on a primary data center located in US East (Virginia) and on a secondary data center in US West (California). *See* Declaration of Armando Hernandez.

10.   Juniper's Wen Lin is based in Juniper's Westford, MA, office. *See* Dkt. 35-3 ¶8.

    a.   One-way travel from Westford, MA to the Northern District of California requires: (i) a drive of between 1 hour to 2 hours (from Westford, MA to Boston Logan International Airport ("BOS")); and (ii) a nonstop flight of between six hours and 25 minutes to six hours and 47 minutes (from BOS to SFO). These distances and times were calculated using Google Maps and Google Flights.

    b.   One-way travel from Westford, MA to the Eastern District of Virginia requires: (i) a drive of between 1 hour to 2 hours (from Westford, MA to Boston Logan International Airport ("BOS")); and (ii) a nonstop flight of approximately one hour and 42 minutes (from BOS to IAD). These distances and times were calculated using Google Maps and Google Flights.

11.   Juniper's Anish Ghule is based in Juniper's Bangalore, India, office. *See* Dkt. 35-3 ¶9.

    a.   One-way travel from Bangalore to the Northern District of California requires a minimum one-stop flight of between 21 to 22 hours (from Kempegowda International Airport Bengaluruto ("BLR") to SFO). These times were calculated using Google Flights.

    b.   One-way travel from Bangalore to the Eastern District of Virginia requires a minimum one-stop flight of between 20 to 22 hours (from Kempegowda

International Airport Bengaluruto ("BLR") to IAD). These times were calculated using Google Flights.

12. Based on his public LinkedIn profile, Juniper employee Kishore Tiruveedhula is based in Nashua, New Hampshire.

a. One-way travel from Nashua, NH, to the Northern District of California requires: (i) a drive of between 1 hour to 2 hours and 30 minutes (from Nashua, NH to BOS); and (ii) a nonstop flight of between six hours and 25 minutes to six hours and 47 minutes (from BOS to SFO). These distances and times were calculated using Google Maps and Google Flights.

b. One-way travel from Nashua, NH, to the Eastern District of Virginia requires: (i) a drive of between 1 hour to 2 hours and 30 minutes (from Nashua, NH to BOS); and (ii) a nonstop flight of approximately one hour and 42 minutes (from BOS to IAD). These distances and times were calculated using Google Maps and Google Flights.

13. Based on his public LinkedIn profile, Juniper employee Krzystof Grzegorz Szarkowicz is based in Hungary.

a. One-way travel from Budapest, Hungary to the Northern District of California requires a minimum one-stop flight of between 14.5 hours to 20.5 hours (from Budapest Ferenc Liszt International Airport ("BUD") to SFO). These times were calculated using Google Flights.

b. One-way travel from Budapest, Hungary to the Eastern District of Virginia requires a minimum one-stop flight of between 11.5 to 15 hours (from BUD to IAD). These times were calculated using Google Flights.

14.     In prior proceedings before the U.S. Patent Trial and Appeal Board (PTAB) Petitioner Cisco Systems, Inc., sought to challenge the validity of three of the patents Monarch asserts in this case against Juniper—namely the '844, '845, and '775 Patents. *See Cisco Systems, Inc. v. Monarch Networking Sols. LLC*, No. IPR2020-01679 (challenging U.S. Patent No. 8,451,845); *Cisco Systems, Inc. v. Monarch Networking Sols. LLC*, No. IPR2020-01678 (challenging U.S. Patent No. 8,451,844); *Cisco Systems, Inc. v. Monarch Networking Sols. LLC*, No. IPR2020-01226 (challenging U.S. Patent No. 8,130,775). In those proceedings, Cisco relied on the below prior art references, which identify their authors/inventors as residing in the following locations: Michigan (2 authors/inventors), Netherlands (2 authors/inventors), Singapore (3 authors/inventors), California (2 authors/inventors), Washington (1 author/inventor), and no location identified (2 authors/inventors). Each reference is listed below, along with the identified location of each reference's author(s)/inventor(s) as stated on the face of each reference [set forth in brackets]:

a.  U.S. Patent No. 7,639,686 to Wetterwald [Wetterwald (Mouans Sartoux, France); Thubert (La Colle sur Loup, France); Ribiere (Biot, France)]

b.  U.S. Patent Application Pub. No. US 2004/0107287 to Ananda [Ananda (Singapore); Wang (Singapore); Yeo (Singapore)]

c.  IETF RFC 4271 (2006) [Yakhov Rekhter (no address provided); Susan Hares (Ann Arbor, Michigan)]

d.  IETF RFC 1918 (1996) [Yakov Rekhter (San Jose, California); Robert Moskowitz (Center Line, Michigan); Daniel Karrenberg (Amsterdam, the Netherlands); Geert Jan de Groot (Amsterdam, the Netherlands); Eliot Lear (Mountain View, California)]

    e.   IETF RFC 4380 (2006) [Christian Huitema (Redmond, Washington)]

    f.   Iftekhar Hussain, *Fault-Tolerant IP and MPLS Networks*, CiscoPress.com (2005) [Iftekhar Hussain (no address provided)]

15.    Attached to this Declaration are true and correct copies of the following documents listed in the below table. Certain documents have been excerpted to reduce unnecessary material for the Court's review. Such documents are indicated in parentheses as "(Excerpted)":

| Exhibit | Description |
|---------|-------------|
| 1. | *USGv6 Profile*, National Institute of Standards and Technology (NIST) Special Publication 500-267B, Revision 1 (November 2020)<br><br>Available at: https://doi.org/10.6028/NIST.SP.500-267Br1 |
| 2. | Email chain between counsel for Monarch and counsel for Defendant Juniper Networks, Inc. (Dated 6/28/2023–6/30/2023), in which counsel for Juniper stated it would oppose Monarch's request for venue discovery. |
| 3. | Juniper Networks Blog Post: Nicolas Fevrier et al., *Introducing the Validation Series*, community.juniper.net (June 26, 2022),<br><br>Available at: https://community.juniper.net/blogs/nicolas-fevrier/2022/06/26/introducing-the-validation-series |
| 4. | Iron Mountain Webpage: *N. Virginia Data Centers*, Ironmountain.com (Printed 7/30/2023)<br><br>Available at: https://www.ironmountain.com/data-centers/locations/virginia-data-center |
| 5. | Juniper Networks Case Study: *Iron Mountain Fuels Data Center Business With Cloud-Ready Network* (2018) |
| 6. | LinkedIn Profile of Ammon Guernsey, Senior Network Engineer for Tools and Automation at Iron Mountain Data Centers<br><br>Available at: www.linkedin.com/in/ammon-guernsey-24b4b356 |
| 7. | Article: Chad Berndston, *Juniper Advances 'Stratus' Agenda with Data Center Releases*, CRN.com Networking News (May 17, 2010)<br><br>Available at: https://www.crn.com/news/networking/224900034/juniper-advances-stratus-agenda-with-data-center-releases.htm |
| 8. | Juniper Networks White Paper: *Converged Industrial Edge for Utilities Architecture* |

| | |
|---|---|
| | *for Communications Modernization* (2021) |
| 9. | Cloudflare Blog Post: Tom Paseka, *Norfolk and Richmond, Virginia: Cloudflare's 152nd and 153rd cities* (September 12, 2018)<br><br>Available at: https://blog.cloudflare.com/norfolk-and-richmond/ |
| 10. | Cloudflare Blog Post: Tom Strickx, *ASICs at the Edge* (November 27, 2020)<br><br>Available at: https://blog.cloudflare.com/asics-at-the-edge/ |
| 11. | Article: Iain Morris, *AWS in-house routing tech could blow a hole in Juniper's sales – analyst*, LightReading.com (December 8, 2020)<br><br>Available at: https://www.lightreading.com/opticalip/routing/aws-in-house-routing-tech-could-blow-hole-in-junipers-sales---analyst/d/d-id/765989 |
| 12. | Amazon Web Services (AWS) Webpage: *US East (Northern Virginia) Region* (2023)<br><br>Available at: https://docs.aws.amazon.com/AWSCloudFormation/latest/UserGuide/cfn-sample-templates-us-east-1.html |
| 13. | Contract between Virginia Information Technologies Agency (VITA) on behalf of the Commonwealth of Virginia and Verizon Business Network Services Inc., Contract No. VA-151028-MCI (December 2021) |
| 14. | Juniper Networks White Paper: *Cross Domain VPLS Deployment Strategies* (2009) |
| 15. | Juniper Networks White Paper: *Improve Data Center Interconnect L2 Services with Juniper's EVPN* (2015) |
| 16. | Juniper Networks Marketing Flyer: *Get Smart: EVPN-VXLAN for Enterprises* (2019) |
| 17. | Article: Jim Duffy, *Verizon pops VPLS, Service is intended for businesses that prefer to maintain control of their routing for security and staffing purposes*, Network World (March 12, 2007) |
| 18. | Powerpoint Presentation (Excerpted): *Lightweight 40VER6, One Step Further Dual-Stack Lite Networks* |
| 19. | Powerpoint Presentation (Excerpted): Alistair Johnson (Alcatel Lucent) *Ethernet VPN (EVPN) Next Generation VPN for Ethernet Services* (February 2014) |
| 20. | Article: Brad Reed, *Verizon Business' managed services hold key to its future / Service revenues accounted for more than a quarter of Verizon Business overall third-quarter 2007 revenues*, Network World (December 12, 2007) |

| 21. | Verizon News Center Release: *A visit to Verizon's Ashburn Campus*, Verizon.com (June 13, 2012)<br><br>Available at: https://www.verizon.com/about/news/a-visit-to-verizons-ashburn-campus |
|---|---|
| 22. | USGv6 Profile Supplier's Declaration of Conformity (SDoC) R1.0 for Juniper Networks QFX10002, Junos 21.1R2.7, signed by Bill Shelton, Director of Certifications, Juniper Networks |
| 23. | USGv6 Profile Supplier's Declaration of Conformity (SDoC) R1.0 for Juniper Networks EX4400, Junos 21.4R1, signed by Bill Shelton, Juniper Networks |
| 24. | LinkedIn Profile of Bill Shelton, Program Director at Juniper Networks<br><br>Available at: www.linkedin.com/in/wnshelton |
| 25. | PowerPoint Presentation: *Juniper Partner Advantage Program Overview*, Juniper Networks (2023) |
| 26. | Securities and Exchange Commission (SEC) Form 10-K, Juniper Networks, Inc. (February 10, 2023) (Excerpted) |
| 27. | Juniper Networks Webpage: *Juniper Training Centers* – United States<br><br>Available at: https://www.juniper.net/us/en/training/education-centers/juniper-locations.html |
| 28. | Juniper Networks Resource Guide: *JTAC User Guide* (2023) |
| 29. | Juniper Networks Job Listing on LinkedIn for Sales Demonstration Engineer 1, Juniper Networks, Herndon, VA<br><br>Available at: https://www.linkedin.com/jobs/view/sales-demonstration-engineer-1-at-juniper-networks-3497782039/ |
| 30. | Complaint for Patent Infringement, Dkt. 1, *Juniper Networks, Inc. v. GraphOn Corp.*, No. 1:09-cv-00287-GBL-TRJ (E.D. Va. Mar. 16, 2009) |
| 31. | Complaint for Patent Infringement, Dkt. 1, *Juniper Networks, Inc. v. Toshiba Am. Inc., et al.*, No. 2:05-cv-00479-TJW-CE (E.D. Tex. Oct. 13, 2005) (Excerpted) |
| 32. | Complaint for Declaratory Judgment, Dkt. 1, *Juniper Networks, Inc. v. Bahttab*, No. 1:07-cv-01771-PLF (D.D.C. Oct. 3, 2007) |
| 33. | Complaint for Patent Infringement, Dkt. 1, *Juniper Networks, Inc. v. Palo Alto Networks, Inc.*, No. 1:11-cv-01258-SLR (D. Del. Dec. 19, 2011) |
| 34. | Plaintiff Juniper Networks, Inc.'s Memorandum of Law and Opposition to |

| | |
|---|---|
| | Defendant Bahattab's Motion for Protective Order and Cross Motion for Entry of Plaintiff's Protective Order, Dkt. 32, *Juniper Networks, Inc. v. Bahttab*, No. 1:07-cv-01771-PLF (D.D.C. Aug. 29, 2008) |
| 35. | Agreed Protective Order, *QPSX Developments PTY LTD v. Juniper Networks, Inc.*, Dkt. 103, No. 2:05-cv-00268-TJW-CE, Dkt. 103 (E.D. Ted. Mar. 2, 2006). |
| 36. | Stipulated Protective Order, Dkt. 43, *Juniper Networks, Inc. v. Palo Alto Networks, Inc.*, No. 1:11-cv-01258-SLR (D. Del. May 10, 2012) |
| 37. | Declaration of Richard Feldt in Support of Juniper Networks, Inc.'s Opposition to Plaintiff's Motion to Compel Production of Source Code and for Specific Relief, Dkt. 141-1, *GraphOn Corp. v. Juniper Networks, Inc.*, No. 4:10-cv-00384-SBA (E.D. Tex. Oct. 19, 2009) |
| 38. | Stipulated Protective Order, *Network-1 Security Solutions, Inc. v. Alcatel-Lucent USA Inc. et al.*, Dkt. 234, No. 6:11-cv-00492-RWS (E.D. Tex. Sept. 7, 2012) |
| 39. | Juniper Networks, Inc.'s Opposition to Graphon's Motion for Entry of Confidentiality Stipulation and Protective Order, *Juniper Networks, Inc. v. GraphOn Corp. et al.*, No. 2:09-CV-00204, 2009 WL 2337395 (E.D.Tex. June 3, 2009) |
| 40. | Declaration of Michael Kouri, Dkt. 43-4, *Juniper Networks, Inc. v. GraphOn Corp. et al.*, No. 2:09-CV-00204 (E.D.Tex. June 3, 2009) |
| 41. | Oracle Webpage: *Juniper thrives with Oracle Cloud Supply Chain Planning*, Oracle.com (December 13, 2020)<br><br>Available at: https://www.oracle.com/customers/juniper-networks/ |
| 42. | Oracle Webpage: *Juniper Networks adapts to evolving business needs with Oracle CPQ*, Oracle.com (July 11, 2018)<br><br>Available at: https://www.oracle.com/customers/juniper-1-cpq-cl1/ |
| 43. | Oracle Webpage: *Public Cloud Regions*, Oracle.com<br><br>Available at: https://www.oracle.com/cloud/public-cloud-regions/ |
| 44. | Oracle Webpage: *Oracle Cloud Infrastructure Documentation*, Oracle.com (July 26, 2023) (Excerpted)<br><br>Available at: https://docs.oracle.com/iaas/Content/home.htm |
| 45. | Juniper Networks Marketing Flyer (Excerpted): *"I Wouldn't Work Anywhere Else"* |
| 46. | LinkedIn Profile of Ron Bonica, Distinguished Engineer at Juniper Networks, Reston, Virginia<br><br>Available at: www.linkedin.com/in/ron-bonica-02724596 |

| | |
|---|---|
| 47. | IETF Request for Comment 8585, Identifying "Document Shepard" as Ron Bonica, *Requirements for IPv6 Customer Edge Routers to Support IPv4-as-a-Service* (May 2019)<br><br>Available at: https://datatracker.ietf.org/doc/rfc8585/ |
| 48. | Juniper Networks Blog Post: Ron Bonica et al., *Segment Routing (SR) and Traffic Engineering (TE): Part One* (June 6, 2019)<br><br>Available at: https://blogs.juniper.net/en-us/industry-solutions-and-trends/segment-routing-sr-and-traffic-engineering-te-part-one |
| 49. | LinkedIn Profile of Majid Ansari, Architect \| Distinguished Systems Engineer, Herndon, Virginia<br><br>Available at: www.linkedin.com/in/majidan |
| 50. | LinkedIn Profile of Yasmin Lara, Technical Marketing Engineer Staff at Juniper Networks, Washington DC-Baltimore Area<br><br>Available at: www.linkedin.com/in/yasminlara |
| 51. | LinkedIn Profile of Anurag Menon, Systems Engineer 1 at Juniper Networks, Herndon, Virginia<br><br>Available at: www.linkedin.com/in/anuragmenon |
| 52. | LinkedIn Profile of Mathoor Iqbal, Sr. Sales Engineer – Federal, Juniper Networks, Ashburn, Virginia, United States<br><br>Available at: www.linkedin.com/in/mathoor-iqbal-0544744 |
| 53. | LinkedIn Profile of Mike Moody, Sr. Network Engineer at Juniper Networks, Waldorf, Maryland<br><br>Available at: www.linkedin.com/in/mike-moody-jncie-sp-2001-jncie-ent-421-17322a |
| 54. | LinkedIn Profile of Lei Zhang, Technical Support Engineer Senior Staff at Juniper Networks, Washington DC-Baltimore Area (Virginia)<br><br>Available at: www.linkedin.com/in/leizhang3 |
| 55. | LinkedIn Profile of Mat Nguyen, Resident Engineer at Juniper Networks, Washington DC-Baltimore Area (Herndon, Virginia)<br><br>Available at: www.linkedin.com/in/mat-nguyen-2208038 |
| 56. | LinkedIn Profile of Niranjan TS, Customer success expert, Juniper Networks, Herndon, Virginia<br><br>Available at: www.linkedin.com/in/niranjan-ts-jncie-mba |

| 57. | LinkedIn Profile of Amar Vodnala, Staff Software Engineer, Juniper Networks, Aldie, Virginia |
| --- | --- |
| | Available at: www.linkedin.com/in/avodnala |
| 58. | Juniper Networks Technical Documentation: *Understanding VXLANs* (June 16, 2023) |
| | Available at: https://www.juniper.net/documentation/us/en/software/junos/evpn-vxlan/topics/topic-map/sdn-vxlan.html |
| 59. | LinkedIn Profile of Peter Fernandez, Customer Focused Technical Support Engineer at Juniper Networks, Centreville, Virginia |
| | Available at: www.linkedin.com/in/peter-fernandez-844457 |
| 60. | Juniper Networks Webpage: Service Provider Routing and Switching, Expert (JNCIE-SP) |
| | Available at: https://www.juniper.net/us/en/training/certification/tracks/service-provider-routing-switching/jncie-sp.html |
| 61. | LinkedIn Profile of Jorge Edgar Pena Garcia, JTAC/CFTS, Juniper Networks, Herndon, Virginia |
| | Available at: www.linkedin.com/in/jorge-edgar-pena-garcia-502997209 |
| 62. | LinkedIn Profile of Vijay Kestur, Software Engineer Staff at Juniper Networks, Raleigh, North Carolina |
| | Available at: www.linkedin.com/in/vijaykestur |
| 63. | IETF Profile for Wen Lin |
| | Available at: https://datatracker.ietf.org/person/wlin@juniper.net |
| 64. | LinkedIn Profile of Ashish Ghule, Senior Staff Software Engineer at Juniper Networks, Bengaluru, Karnataka, India |
| | Available at: www.linkedin.com/in/ashish-ghule-2727b928 |
| 65. | LinkedIn Profile of Kishore Tiruveedhula, Software Engineer Senior Staff at Juniper Networks, Nashua, New Hampshire |
| | Available at: www.linkedin.com/in/ kishoretiruveedhula |
| 66. | Juniper Networks Manuscript (Excerpted): Kishore Tiruveedhula et al., *Day One: Seamless EVPN-VXLAN Tunnel Stitching For DC and DCI Network Overlay* (2023) |
| 67. | LinkedIn Profile of Krzysztof Szarkowicz, Technical Marketing Engineer at Juniper Networks, Hungary |

| | Available at: www.linkedin.com/in/krzysztof-szarkowicz-6bbb84 |
|---|---|
| 68. | Internet Engineering Task Force (IETF) Request for Comment 7597, Mapping of Address and Port with Encapsulation (MAP-E) (July 2015) |
| 69. | IETF Webpage: Legal request procedures<br><br>Available at: https://www.ietf.org/about/administration/legal-request-procedures/ |
| 70. | IETF Trust Webpage: *About*<br><br>Available at: https://trustee.ietf.org/about/ |
| 71. | Second Amended and Restated Trust Agreement, IETF Trust |
| 72. | Orange S.A. Webpage: Legal Matters<br><br>Available at: https://www.orange.com/en/legal-matters |
| 73. | Transpacific IP Webpage: Our Company<br><br>Available at: https://web.archive.org/web/20220415163631/http://www.transpacificip.com/our-company |
| 74. | IETF Internet Draft: R. White et al., *Expanding the IPv6 Lab Use Space* (draft-horley-v6ops-lab-02) (Jan. 26, 2022) |
| 75. | LinkedIn Profile of Russ White, Senior Architect, Akamai Technologies, Louisville, Tennessee, United States<br><br>Available at: www.linkedin.com/in/riw777 |
| 76. | LinkedIn Profile of Derik Dong, Network Engineer Senior Staff at ServiceNow, Washington, District of Columbia<br><br>Available at: www.linkedin.com/in/derik-dong-aa424a27 |
| 77. | LinkedIn Profile of David Whithed, Senior Network Engineer at Zeta Associates, Gainesville, Virginia<br><br>Available at: www.linkedin.com/in/david-whithed-a576a3119 |
| 78. | Docket Navigator: Time to Milestones – Northern District of California (Printed 7/13/23) |
| 79. | Docket Navigator: Time to Milestones – Eastern District of Virginia (Printed 7/13/23) |
| 80. | Webinar Transcript of Best Practices in Patent Litigation, filed as Document No. 109-2 in *GraphOn Corp. v. Juniper Networks, Inc.*, No. 3:10-cv-01412-JSW (N.D. |

| | Cal. Aug. 27, 2010) |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2023                                    /s/ *Steven M. Seigel*
                                                          Steven M. Seigel

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record in this case.

_/s/ Walter D. Kelley, Jr._
Walter D. Kelley, Jr.
