## *** CIVIL MOTION MINUTES ***

Date: 09/15/2023                                    Before the Honorable: **T.S. ELLIS, III**

Time: 10:30 a.m. – 11:14 a.m. (00:44)               Case No.: 1:23-cv-00670-TSE-LRV
      11:53 a.m. – 12:36 p.m. (00:43)
      (01:27)

Official Court Reporter: Tonia Harris

Courtroom Deputy: Tanya Randall

---

# MONARCH NETWORKING SOLUTIONS LLC

V.

# JUNIPER NETWORKS, INC.

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Walter Kelley, Jr., Robert Bullwinkel, Steven Seigel, Steven Shepard

[ X ]  Defendant:  Todd Briggs, Jared Newton, Joseph Reed

**Re:**  [ 35 ]  Motion to Transfer Venue to the Northern District of California *filed by Juniper Networks, Inc.*
      [ 47 ]  Juniper Networks, Inc.'s Motion to Dismiss Plaintiff's Complaint
      [ 62 ]  Monarch's Motion to (1) Strike Juniper's Reply Evidence or, in the Alternative, (2) for Leave to Conduct Venue Discovery and File a Sur-Reply

Argued and:

[  ]  Granted    [  ]  Denied         [  ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement       [  ]  Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow