IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br>     Plaintiff,<br><br>          v.<br><br>JUNIPER NETWORKS, INC.,<br>     Defendant. | )<br>)<br>)<br>)  Case No. 1:23-cv-670<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter is before the Court on Defendant's motion to transfer venue and Plaintiff's motion to strike or, in the alternative, to conduct venue discovery. For the reasons stated in the Memorandum Opinion issued this same day.

It is hereby **ORDERED** that Plaintiff's Motion to Strike or, in the Alternative, to Conduct Venue Discovery (Dkt. 62) is **DENIED**.

It is further **ORDERED** that Defendant's Motion to Transfer Venue (Dkt. 35) pursuant to 28 U.S.C. § 1404(a) is **GRANTED**. This case is hereby **TRANSFERRED** to the United States District Court for the Northern District of California.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
October 3, 2023

T. S. Ellis, III
United States District Judge

1